IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBYN E. DRAKE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-3294 |
| | § | |
| PULTE HOMES OF TEXAS LP, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 18), this action is dismissed with prejudice.

SIGNED on August 12, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge